<u>**United States v. Kyle Bartolain**</u>

<u>**STATEMENT OF FACTS**</u>

1.      On Friday, July 14, 2006, your affiant, a detective with the Metropolitan Police Department, was acting in an undercover capacity as part of a multi-jurisdictional Internet Crimes Against Children (ICAC) Task Force.  Your affiant was operating out of the Metropolitan Police Department's Youth Investigations Branch in Northeast, Washington, D.C.  Your affiant logged into a Yahoo! Internet chat room using the screen name "daddysgrldc."  On July11, the defendant using the screen name "kizzleisicecold" initiated contact with your affiant in a Yahoo! Internet chatroom. Your affiant identified "daddysgrldc" as a thirteen year-old female residing in the District of Columbia.  "kizzleisicecold" identified himself as a twenty-five-year-old male who resides in Alexandria, VA.

2.      The defendant initiated three conversations in a private Yahoo! chat room that started on July 11, 2006 and ended on July 14, 2006.  During the course of the conversation the affiant and the defendant exchanged photographs via the Internet.  The affiant sent a picture of a young child in a bathing suit and the defendant sent a picture of himself in his military uniform.  On July 14, 2006 the defendant ("kizzleisicecold") asked "daddysgrldc," "are you still a virgin", and "have you ever had your pussy licked".  The defendant further stated " I'm really good at that, I'm good with anything that involves my tongue. That's one thing that's gonna suck for you, the young boys aint gonna know how to do that.  Yeah, id never do that to a random girl, I only do that to girls I know. Id do it to you though, since you aint never had it, that's a shame."

3.      The defendant and "daddysgrldc" then discussed sexual intercourse.  The defendant stated " Yeah it will hurt, Ill be real gentle though, and if it hurts you to bad , we don't have to go all the way, we can do other stuff like oral sex and make out, ya know" .  The defendant then asked "daddysgrldc" if she was a cop and stated " I know that's a stupid question, I just don't wanna get caught up in some sting, cause I aint even like that".

4.      The defendant agreed to meet "daddysgrldc" on July 14, 2006 around 4 p.m. at xxxx Xxxxx Xxxxxx, Xxxxxxxxx Xxxxxxxxxx, XX. On July 14, 2006,  the defendant traveled from Virginia to Washington, D.C. and was observed driving on Adams Street and was placed under arrest. The defendant waived his <u>Miranda</u>  rights and provided a video taped statement.  The defendant admitted traveling from Alexandria, Virginia to Washington, D.C. as a result of a sexual conversation he had with "daddysgrldc".

5. The defendant has been identified as Kyle J. Bartolain, date of birth Xxxxx X, Xxxx. Contact between the penis and the vulva and contact between the mouth and the vulva constitute sexual acts which if performed by a person over the age of 18 years with a child under the age of 16 who is at least four years younger are offenses under 18 U.S.C. Sec. 2243(a).

_____
*DETECTIVE TIMOTHY PALCHAK*
*METROPOLITAN POLICE DEPARTMENT*

*Subscribed and sworn to before me this _____day of July, 2006*

_____
*U.S. MAGISTRATE JUDGE*