AO 458 (Rev. 6/98 DC) - APPEARANCE

# United States District Court
## for the District of Columbia

**FILED**

JUL 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States

v.

Kyle Bartolain

APPEARANCE

CASE NUMBER: 06-327 M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Kyle Bartolain

Date: 7/19/06

BAR IDENTIFICATION NO.: 449986

Signature: [signed]

Print Name: Mark Petrovich

Address: 8001 Braddock Road, Suite 105

City: Springfield   State: VA   Zip Code: 22151

Phone Number: (203) 503-5151

MP@PN-Lawfirm.com