IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KYLE BARTOLAIN, )<br>)<br>Defendant. ) | Docket No. 06-000327 M<br><br>C. J. H. |

MOTION FOR REVIEW OF DETENTION ORDER

PLEASE TAKE NOTICE that the above name Defendant, by and through counsel, will move this Court, pursuant to 18 U.S.C. §3145(b), to review the July 19, 2006 decision regarding the continued detention of the Defendant, on the grounds as set forth bellow (Defendant is not noticing a date and time for the motion until instructed by the court):

1. Mr. Bartolain is charged with violating Title 18 U.S.C. §2423(b) (Travel with Intent to Engage in Illicit Sexual Conduct). His Preliminary Hearing and Initial Detention Hearing were held on July 19, 2006, at which time his charge was certified, and it was ordered that his detention in Federal custody shall continue. Mr. Bartolain now seeks a review of that detention order pursuant to 18 U.S.C. §3145(b).

2. Initially, it is vital to consider a defendant's criminal record to help determine his propensity to engage in criminal activities and to help evaluate his true danger to the community. Mr. Bartolain, who is 25 years old, **has no criminal record**, having never been convicted of any crime.

3. Additionally, while many who are held in Federal custody can claim no steady employment or legitimate activities, Mr. Bartolain clearly does not fit into that category. Mr. Bartolain is currently on active duty with the Army, serving in the 82nd Airborne Division, 504th Infantry Battalion, E Company. Mr. Bartolain joined the Army in October of 2002, and recently completed an active tour of duty in Afghanistan, from April, 2005 through March, 2006.

4. Mr. Bartolain also benefits from a strong family support system, and his family has resided in the Washington Metropolitan area (Northern Virginia - Alexandria) since 1993. Other than his required stationing in Fort Bragg, North Carolina, Mr. Bartolain has maintained the family residence as his own. He was residing there at the time of the alleged incidents herein, due to scheduled leave from the military.

5. Based on these above referenced family ties, Mr. Bartolain's parents can serve as natural, suitable and willing third party custodians for him. Mr. Bartolain's father, who has been present at both arraignments and the hearing described above, is retired military, and currently works as a consultant for Cornerstone Industry. In the Pretrial Services Report prepared for the July 19, 2006 hearing, it is noted that "defendant's father, Bruce Bartolain, has been screened by PSA and has been deemed a suitable third party custodian." His mother, who is not employed, is also available to assist during the day with regard to Mr. Bartolain's supervision.

6. The same Pretrial Services Report indicates that a Release Condition would be "stay away from and have no contact with minor children." The Bartolains have offered the further condition that they will make their two computers inaccessible to their son (either by physically relocating both of them in their bedroom and/or coding them with passwords of which Mr. Bartolain would not be provided notice).

7. Given these favorable background circumstances, the presumption of detention

indicated in 18 U.S.C. §3142(e), is overcome in this case.

WHEREFORE, Defendant, by and through counsel, respectfully moves this Court to review the decision regarding detention entered on July 19, 2006, and further that it release Defendant to the third party custody of his parents, under whatever conditions the Court deems appropriate.

Respectfully Submitted,

KYLE BARTOLAIN
By Counsel

PETROVICH & WALSH, P.L.C.

By: _____
Mark Petrovich, VSB #36255
Counsel for Defendant
8001 Braddock Road, Suite 105
Springfield, VA 22151
Phone (703) 503-5151
Fax (703) 503-5777

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was hand-delivered and/or faxed on this 26th day of July, 2006, to Julieanne Himelstein, Esquire, Assistant United States Attorney.

_____
Mark Petrovich

# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 06-000327 M |
| ) | |
| KYLE BARTOLAIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER came to be heard this day on Defendant's Motion for a review of Detention Order, pursuant to 18 U.S.C. §3145(b); and

IT APPEARING TO THE COURT that for the reasons set forth in Defendant's Motion and/or along with those presented orally, the Defendant should be released with appropriate conditions; it is therefore

ORDERED that the Defendant be released until further order of court, with the conditions of his release indicated herein below:

_____          _____
Entered                                                    Judge