UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 06-0327M-01 (CR) |
| **KYLE BARTOLAIN,** | : | VIOLATION: 18 U.S.C. §2423(b) |
| Defendant. | : | (Travel With Intent to Engage in Illicit Sexual |
| | : | Conduct) |

## INFORMATION

The United States Attorney charges that:

On or about July 14, 2006, in the District of Columbia, the defendant, **KYLE BARTOLAIN**, knowingly traveled from the Commonwealth of Virginia to the District of Columbia, for the purpose of engaging in illicit sexual conduct, that is, a sex act as defined in 18 U.S.C. §2246(2), with a person under the age of 18 years of age, and said sexual act would be a violation of Chapter 109 A of Title 18 United States Code, Section 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

(**Travel with Intent to Engage in Illicit Sexual Conduct**, in violation of Title 18, United States Code, Section 2423(b))

                                                  KENNETH L. WAINSTEIN
                                                  Attorney of the United States in
                                                  and for the District of Columbia
                                                  Bar No. 451-058

BY: _____
                          JULIEANNE HIMELSTEIN
                          Assistant United States Attorney
                          Bar No. 417-136
                          Federal Major Crimes Section
                          555 4th Street, N.W., Room 4832
                          Washington, DC 20530
                          (202) 514-8203