

**FILED**
AUG 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. 06-236 (GK) |
| v. | : | VIOLATION: 18 U.S.C. § 2423(b) (Travel with Intent to Engage in Illicit Sexual Conduct) |
| KYLE BARTOLAIN, | : | |
| Defendant. | : | |

## ELEMENTS OF OFFENSE

The United States, by and through its attorney, the United states Attorney for the District of Columbia, and the defendant hereby submit this Elements of the Offense of Travel with Intent to Engage in Illicit Sexual Conduct in violation of 18 U.S.C. § 2423(b), and state as follows:

A. That the defendant traveled across state lines, that is from the state of Virginia to the District of Columbia;

B. That the defendant did so with the intent to engage in a sexual act with a minor, that is a person under the age of 18 years old; and

C. That the sexual act the defendant intended to engage in with the minor was contact between the penis and the vulva.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar Number: 451058

By: *(signature)*

JULIEANNE HIMELSTEIN
D.C. Bar No.417136
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 514-8203
Julieanne.Himelstein@usdoj.gov