UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 06-236 (GK) |
| v. : | **FILED** |
| KYLE BARTOLAIN, : | AUG 1 8 2006 |
| Defendant. : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant KYLE BARTOLAIN, and the United States agree and stipulate as follows:

The defendant is charged by information with a violation of Title 18, United States Code, Section 2423(b) (Travel with the Intent to Engage in Illicit Sexual Conduct).

At all times relevant to this offense, KYLE BARTOLAIN (hereinafter referred to as "BARTOLAIN"), was a twenty-five year-old adult male, residing in Alexandria, Virginia.

On July 11, 2006, while inside his residence in Alexandria, Virginia, using his home computer, and using the screen name "kizzleisicecold," BARTOLAIN entered into a "romance" public Yahoo chat room for Washington, D.C. (hereinafter referred to as "chat room"). BARTOLAIN initiated a chat with an individual who identified herself as a thirteen year-old girl residing in Washington, D.C. (hereinafter "the child"). The child in fact was a Metropolitan Police officer acting in an undercover capacity.

During the course of the chat which occurred between July 11th and July 14th, 2006, BARTOLAIN and the child exchanged photographs of themselves. (SHOW PHOTOGRAPH OF GIRL SENT TO BARTOLAIN). During the course of the chat, BARTOLAIN asked the child, "are you still a virgin", and "have you ever had your [vagina] licked?"

BARTOLAIN further stated, "I'm really good at that, I'm good with anything that involves my tongue." BARTOLAIN and the child then discussed sexual intercourse. BARTOLAIN said, "Yeah it will hurt, I'll be real gentle though, and if it hurts you too bad, we don't have to go all the way, we can do other stuff like oral sex..." BARTOLAIN then asked the child if she was a cop and stated, "I just don't wanna get caught up in some sting, cause I ain't even like that".

BARTOLAIN agreed to meet the child on July 14, 2006 at 4 p.m. at 1317 Adams Street, NE, in Washington, D.C. On July 14, 2006 at approximately 4 p.m., BARTOLAIN traveled from Virginia to Washington, D.C. and was observed driving on Adams Street, in Washington, D.C. BARTOLAIN was arrested. A search incident to the arrest revealed that defendant possessed on his person, brand new packages of condoms, KY warming fluid, and directions to the child's house in Washington, D.C.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
Bar Number 451-058

JULIEANNE HIMELSTEIN
ASSISTANT UNITED STATES ATTORNEY
555 4th Street, N.W., Room 5832
Washington, DC 20530
Bar No. 417136
(202) 514-8203
Julieanne.Himelstein@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Statement of Offense was served upon Mark Petrovich, Esquire, BY FAX at 703-503-5777 on August 18, 2006.

                                        Julieanne Himelstein
                                        ASSISTANT UNITED STATES ATTORNEY