AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

## DISTRICT OF _____

FILED
AUG 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

*Kyle Bartolain*

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-236

I, *Kyle Bartolain*, the above named defendant, who is accused of

*Travel with Intent to Engage in Illicit Sexual Conduct, 18 USC 2423(b)*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on *August 18, 2006* prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before *Gladys Kessler*
Judicial Officer