UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           :
                                     :
                                     :
    v.                               :    Criminal No. 06-236 (GK)
                                     :
~~ANTOINE P. HUDSON~~                :
*Kyle Bartolain*                     :    **FILED**
         Defendant.                  :
                                     :    AUG 1 8 2006
                                          NANCY MAYER WHITTINGTON, CLERK
                                              U.S. DISTRICT COURT

                          **ORDER**

    It is hereby this 18th day of August, 2006,

    **ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than Nov 1, 2006 and it is further

    **ORDERED** that any sentencing memoranda are to be filed no later than Nov 10, 2006 by 5:00 p.m., and it is further

    **ORDERED** that the defendant shall be sentenced in Courtroom #26 on Nov. 14, 2006,

    **IT IS SO ORDERED.**

                                        /s/ Gladys Kessler
                                        Gladys Kessler
                                        U.S. District Judge