IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | Case No. CR-06-00236-01 |
| KYLE BARTOLAIN, | ) ) ) ) | Sentencing Date: November 14, 2006 |
| Defendant. | ) ) ) | The Honorable Gladys Kessler |

## MOTION TO CONTINUE SENTENCING DATE

**COMES NOW** the Defendant, Kyle Bartolain, by and through counsel, and respectfully moves this Court to continue the sentencing hearing herein from its presently scheduled date of November 14, 2006, at 4:00 p.m., to December 19, 2006, at some time in the morning, or such other suitable date and time the court deems proper that is acceptable to the parties.

**IN SUPPORT** of this matter the Defendant states as follows:

1. The United States does not oppose the motion herein.

2. Mr. Bartolain entered a plea of guilty to the charge herein on August 18, 2006, and has remained on supervised release since that date.

3. During the course of the plea, the court was given documents relating to, and was made aware of, mental health issues that have effected Mr. Bartolain since 2002.

4. Since the plea date, Mr. Bartolain's mental health status has deteriorated, and on October 5, 2006, he was taken to DeWitt Army Hospital to treat a severe anxiety attack. On October 6, 2006, he was prescribed Depakote and Paxil, and has continued treatment with those

medications since that date.  He has also initiated regular psychotherapy to address his issues.

5.  Also since the plea date, Mr. Bartolain has undergone psychological evaluations, with the Army at Fort Belvoir, and with forensic psychologist, Dr. Ronald Boggio.  Both evaluations have resulted in reports which indicate a history of mental heath issues, which are significant, presently continuing, and which require treatment.

6.  It is anticipated that Dr. Boggio will be providing the court with testimony relating to his report.  However, due to scheduling difficulties, Dr. Boggio will be in California on the currently scheduled sentencing date.

7.  Accordingly, Mr. Bartolain requests a continuance in this matter from November 14, 2006 to the morning of December 19, 2006, a date and time which are confirmed to be available for Dr. Boggio, counsel for Mr. Bartolain and counsel for the United States.  If that date is unavailable to the court, Mr. Bartolain asks the court to set some other date, which would enable Dr. Boggio's testimony, and which would be acceptable to the parties herein.

**WHEREFORE**, the Defendant respectfully requests that this matter be continued from November 14, 2006 to December 19, 2006, or whatever date and time the court deems appropriate that is acceptable to the parties, so that the court may accurately assess his mental health issues in the context of his scheduled sentencing.

Respectfully Submitted,

KYLE BARTOLAIN
By Counsel

PETROVICH & WALSH, P.L.C.

By: _____
Mark Petrovich, VSB# 36255
Counsel for Defendant
8001 Braddock Road, Suite 105
Springfield, VA 22151
Phone (703) 503-5151
Fax (703) 503-5777

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing Motion was faxed and/or mailed/hand-delivered this ___ day of November, 2006 to Juliane Himmelstein, Esquire, at the U.S. Attorney's Office, 555 4th Street, N.W., Washington, D.C. 20530, and to Ms. Linsey Epson at the U.S. Probation Office.

_____
Mark Petrovich

Y:\MA&P files\Litigation\Criminal-1\111   FED.Individual.Cases\Bartolain\MOT.CONT.SENT.Bartolain.Fed.DC.10.30.06.wpd