IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
NOV 0 2 2006
CHAMBERS OF
JUDGE KESSLER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. CR-06-00236-01 |
| ) | |
| KYLE BARTOLAIN, ) | Sentencing Date: November 14, 2006 |
| ) | |
| ) | The Honorable Gladys Kessler |
| Defendant. ) | |

FILED
NOV 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CONSENT ORDER TO CONTINUE SENTENCING DATE

THIS MATTER came to be heard on this day on Defendant's motion to continue the sentencing date from November 14, 2006 to December _19_, 2006 at _4:15pm_;¹

IT APPEARING TO THE COURT that circumstances herein do warrant continuing the sentencing date, and

IT FURTHER APPEARING TO THE COURT that the Government does not oppose continuing the sentencing date as indicated, it is therefore

ORDERED that the sentencing in this matter herein be continued to the ____ day of December, 2006.

_Nov. 2, 2006_                                     _Gladys Kessler_
Date Entered                                              Judge

¹ Parties are to inform the Court by December 17, 2006 whether they anticipate expert testimony and how long they estimate the hearing will take.

I ASK FOR THIS:

PETROVICH & WALSH, P.L.C.

By: _____
Mark Petrovich, DC Bar No. 449986
Counsel for Defendant
8001 Braddock Road, Suite 105
Springfield, VA 22151
Phone (703) 503-5151
Fax (703) 503-5777


SEEN:

By:_____
Juliane Himmelstein, Esquire
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Phone (202) 514-8203
Fax (202) 353-9414