HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
DEC 19 2006

| | |
|---|---|
| UNITED STATES OF AMERICA : | Docket No.: <u>CR 06-00236-01</u> |
| vs. : | SSN: _____ |
| : | |
| Bartolain, Kyle : | Disclosure Date: <u>October 4, 2006</u> |

RECEIVED
MAILROOM
2006 NOV -1  A 11: 33
U.S. PROBATION OFFICE
DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
**Prosecuting Attorney**                                            **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Kyle Bartolain_  19-Oct-06          _[signature]_   10/19/06
**Defendant**          **Date**                    **Defense Counsel**   **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **10/18/06**, to U.S. Probation Officer **Linsey Epson**, telephone number **(202) 565-1376**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. CR-06-00236-01 |
| ) | |
| KYLE BARTOLAIN, ) | Sentencing Date: November 14, 2006 |
| ) | |
| ) | The Honorable Gladys Kessler |
| Defendant. ) | |

**DEFENDANT'S OBJECTIONS WITH RESPECT TO PRESENTENCE REPORT**

COMES NOW the Defendant, Kyle Bartolain, by and through counsel, and hereby represents that the Probation Office's Presentence Report (hereinafter "PSI") has been reviewed, and the following objections are noted herein.

**I. General Factual Objections**

The following factual objections are noted:

Page 3, ¶5: The parties specifically did agreed that they could seek adjustments outside the sentencing guidelines range. The Plea Agreement notes "the parties agree that either party may seek a sentence outside of the Guideline Range established by the Sentencing Guidelines and may suggest that a Court consider a sentence outside of that Guidelines Range based upon the factors to be considered in imposing sentence pursuant to Title 18, United States Code, Section 3553(a).";

Page 3, ¶4: the date should be August 18, 2006;

Page 4, ¶11: there is information that should be added to the underlying facts:

- The agreed meeting time relating to the sting was 4:00 p.m., while Mr. Bartolain actually arrived at the scene and was arrested around 6:00 p.m.;

- After arriving at the scene of the planned sting, Mr. Bartolain sat very briefly in his car, and then decided to leave. He was stopped, and then arrested as he was actually leaving, after having decided not to go through with the meeting;

- The items found were actually found in his vehicle, not on his person;

Page 6, ¶30: Mr. Bartolain was born on March 23, 1981;

Page 6, ¶31, line 2: Mr. Bartolain's parents have been married for 37 years;

Page 6, ¶31, line 3: Mr. Bartolain was on leave from his duty station at Ft. Bragg, N.C.

Page 6, ¶34: Mr Bartolain's brother lives in Arlington Heights, Illinois;

Page 7, ¶37: Mr. Bartolain has brown hair and shaves his head (he is not bald);

Page 7, ¶39: Based on the mental health evaluation at Walter Reed Army Medical Center in 2002, Mr. Bartolain was diagnosed with depression. He was 21 years old and, unfortunately, did not follow through with a recommended referral for treatment because he thought he could handle things on his own. Mr. Bartolain's active duty records are at Fort Bragg, and should indicate that he complained of severe anxiety before coming home for leave in July.

Mr. Bartolain's mental health issues are significant, and include a recent anxiety attack on October 5, 2006 for which he was taken to DeWitt Army Hospital. On October 6, he was prescribed Depakote (250 mg, 2x / day) and Paxil (20 mg, 1x / day). There will be much more extensive information about Mr. Bartolain's mental health (including evaluations) provided in a sentencing memo, to be filed at a date closer to the sentencing date herein;

Page 8, ¶44: Mr. Bartolain was actually recruited to play, and did play, lacrosse at Shenandoah University. He received a partial academic scholarship for that purpose;

Page 8, ¶46:  Mr. Bartolain has not yet been discharged from the army; however, it is anticipated that he will receive a "general discharge," as opposed to a "dishonorable" discharge;

Page 8, ¶51:  The dates should be from March, 2001 to December, 2001;

Page 8, ¶52:  The dates should be from February, 2001 to March, 2001;

Page 9, ¶55:  The NET WORTH should be "- $612.00."

## II. Objections To The Guidelines Range Calculation

Mr. Bartolain has no objections to the actual application of the sentencing guidelines and the Guidelines Range indicated. However, he will be arguing for a lower Guidelines Range (ie: downward departure), and for a sentence lower than the Guidelines Range based upon the factors to be considered in imposing sentence pursuant to Title 18, United States Code, Section 3553(a). He will file a subsequent pleading in support thereof at a later time.

Respectfully submitted,

KYLE BARTOLAIN
By Counsel

By: _____
Mark Petrovich, VSB #36255
PETROVICH & WALSH, P.L.C.
Counsel for Defendant
8001 Braddock Road, Suite 105
Springfield, Virginia  22151
(703) 503-5151

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing Objections with Respect to Presentence Report was faxed and/or mailed/hand-delivered this 19th day of October, 2006 to Juliane Himmelstein, Esquire, at the U.S. Attorney's Office, 555 4th Street, N.W., Washington, D.C. 20530, and to Ms. Linsey Epson at the U.S. Probation Office.

Mark Petrovich

Y:\MA&P files\Litigation\Criminal-1\Sentencing Materials\Sent.Pos.PSI.Bartolain.10.17.06.wpd